IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  KAYMEKA SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-1154-JD |
| | ) | |
| 1.  NATURAL NAILS LLC, | ) | |
| 2.  VAN NI TRUONG, and | ) | |
| 3.  NGAN T. NGUYEN, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | **ATTORNEY LIEN CLAIMED** |

# COMPLAINT

Plaintiff Kaymeka Solomon, by and through counsel of record, Stockton Talbert, files this Complaint against Defendants Natural Nails LLC, Van Ni Truong, and Ngan T. Nguyen.

## The Parties

1. Plaintiff Kaymeka Solomon ("**Plaintiff**" or "**Solomon**") is an adult Black woman who resides in Garfield County, Oklahoma.

2. Defendant Natural Nails LLC ("**Natural Nails**") is a domestic limited liability company that conducts business in Garfield County, Oklahoma.

3. Defendant Van Ni Truong ("**Truong**") is an adult individual who resides in Garfield County, Oklahoma, and owns and/or operates Natural Nails LLC, upon information and belief.

4. Defendant Ngan T. Nguyen ("**Nguyen**") is an adult individual who resides in Garfield County, Oklahoma, and owns and/or operates Natural Nails LLC, upon information and belief.

5. Defendants employed Solomon and exercised significant control over the terms and conditions of Solomon's work.

6. Alternatively, Solomon worked as an independent contractor for Defendants.

## Jurisdiction & Venue

7. In this case, Solomon asserts claims against Defendants for race discrimination, harassment, hostile work environment, and/or retaliation under 42 U.S.C. § 1981 ("**Section 1981**").

8. The Court has federal question jurisdiction under 28 U.S.C. § 1331.

9. Venue is proper in this Court under 28 U.S.C. § 1391(b).

10. Defendants conducted business in and can be served in Garfield County, the unlawful employment practices complained of occurred in or around Garfield County, and Garfield County is in the judicial district for the United States District Court for the Western District of Oklahoma.

11. All conditions precedent to filing this action have occurred or have been performed.

## Statement of the Claim

12. Solomon worked as a Nail Technician for Defendants from on or about February 3, 2019, to on or about September 3, 2019, when she was involuntarily terminated.

13. Solomon possessed the basic qualifications to work as a Nail Technician at the time she was hired.

14. During her tenure, Defendants discriminated against, harassed, and/or retaliated against Solomon because of her race on a near-daily basis.

15. Specifically, Nguyen and/or Truong repeatedly made racist comments about Black people during Solomon's tenure, including calling Black people ugly and lazy.

16. On or about April 13, 2019, Solomon reported the discriminatory and harassing conduct to Truong, but no corrective action was taken in response to her complaint.

17. Instead, after Solomon's complaint, she was retaliated against.

18. Solomon was treated less favorably by Defendants because of her race and/or because she opposed the discrimination and harassment.

19. Solomon was required to perform tasks that non-Black employees were not required to do, including cleaning the floors and bathrooms.

20. Solomon was also denied the assignment of customers because of her race and/or complaints.

21. Solomon was also required to work on her days off and stay later than non-Black employees.

22. On or about September 3, 2019, Solomon was terminated by Nguyen as a Nail Technician.

23. Nguyen told Solomon she was being terminated because Defendants did not like Black people.

24. Solomon was terminated because of her race and/or because of her complaints of discrimination and harassment.

25. Solomon has been damaged by Defendants' unlawful conduct.

## 42 U.S.C. § 1981
### Race Discrimination, Harassment, and/or Retaliation

*Plaintiff incorporates all prior allegations by reference.*

26. Solomon asserts claims against Defendants for race discrimination, harassment, hostile work environment, and/or retaliation under 42 U.S.C. § 1981.

27. As alleged above, Defendants discriminated against Solomon because of her race by treating her less favorably than similarly situated workers because of her race, culminating in her termination.

28. As alleged above, Defendants also subjected Solomon to severe and pervasive racial harassment and/or a hostile work environment by subjecting her to racist comments and disparate work assignments because of her race.

29. As alleged above, Defendants also retaliated against Solomon because of her opposition to discrimination, culminating in her termination.

30. As damages, Solomon has suffered lost earnings, past and future, emotional distress, and other actual and compensatory damages.

31. The Court should reinstate Solomon and/or award her front pay.

32. Solomon is entitled to punitive damages because Defendants acted intentionally, willfully, wantonly, or in reckless disregard of Solomon's rights.

33. Solomon also seeks to recover attorney's fees, costs, prejudgment interest, post-judgment interest, and all other relief allowed by law or equity.

**WHEREFORE**, Plaintiff Kaymeka Solomon prays the Court enter judgment against Defendants Natural Nails LLC, Van Ni Truong, and Ngan T. Nguyen and award damages and/or equitable relief, including back pay, reinstatement and/or front pay, emotional distress damages, other actual or compensatory damages, punitive damages, attorney's fees, costs, prejudgment interest, post-judgment interest, and all other relief allowed by law or equity.

Respectfully submitted,

**KAYMEKA SOLOMON,**
Plaintiff, by and through:

_____
Joshua Stockton, OBA # 21833
Laura Talbert, OBA # 32670
Matthew Shelton, OBA # 34549
**STOCKTON TALBERT, PLLC**
1127 NW 14th Street
Oklahoma City, OK 73106
Phone: (405) 225.1200
Email: jstockton@stocktontalbert.com
Email: ltalbert@stocktontalbert.com
Email: mshelton@stocktontalbert.com
**ATTORNEYS FOR PLAINTIFF**